| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robinson, James J. | U.S. Bankruptcy Ct. N. D. AL | 05/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse - Room 117
1129 Noble Street
Anniston, AL 36201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Burr & Forman LLP retired partner annuity (former law firm) |
| 2. | |
| 3. | |

# FINANCIAL DISCLOSURE REPORT
Page 2 of 8

**Name of Person Reporting**

Robinson, James J.

**Date of Report**

05/10/2016

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Burr & Forman LLC - retired partner's annunity | $27,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Southern Company-retirement/pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ala. State Bar - Commercial Law Section | 06/04/2015 - 06/06/2015 | Sand Destin, FL | Speaker at CLE seminar | seminar tuition, lodging, meals and mileage |
| 2. | U. Ala. School of Law | 11/12//2015 - 11/13/2015 | Birmingham, AL | Speaker at CLE seminar | seminar tuition, lodging, meals and mileage |
| 3. | Cumberland School of Law - Samford Un. | 10/16/2015 | Birmingham, AL | Speaker at CLE seminar | seminar tuition, meals and mileage |
| 4. | American Bankruptcy Institute | 07/23/2015 - 07/26/2015 | Amelia Island, FL | Speaker at CLE seminar | seminar tuition, lodging, meals and mileage |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank USA, N.A. | Credit Card (VISA) | J |
| 2. | Merrill Lynch (Bank of America-FIA Card Services NA) | Credit Card (VISA) | J |
| 3. | Merrill Lynch (American Express) | Credit Card (American Express) | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 289 shares common stock Southern Co. | A | Dividend | J | T | Buy (add'l) | 2015 | J | | 13 shrs add'l div reinvest |
| 2. WinSouth CU (deposit account) | A | Interest | J | T | | | | | |
| 3. Wells Fargo deposit accounts | A | Interest | L | T | | | | | |
| 4. Protective Life policies (2) | A | Int./Div. | J | T | | | | | |
| 5. Mass Mutual Life- American Century Value mutual fund | | None | K | T | | | | | |
| 6. Mass Mutual Life - guaranteed principal account | A | Interest | J | T | | | | | |
| 7. 1665 shares American Capital World Growth Income Fund | B | Dividend | L | T | Buy (add'l) | 2015 | J | | 64 shr add'l div reinvest |
| 8. 2245 shares American Growth Fund Class A | A | Dividend | L | T | Buy (add'l) | 2015 | J | | 184 shr add'l div reinvest |
| 9. Merrill Lynch Ready Assets Money Fund | A | Dividend | J | T | | | | | |
| 10. American Legacy III annuity | | None | M | T | | | | | |
| 11. BIF Tax Exempt Money Fund | A | Dividend | K | T | | | | | |
| 12. 1054 Shares Common Stock Proassurance Corp. | B | Dividend | L | T | | | | | |
| 13. 7073 Shares American New Perspective Class A Mut. Fund | B | Dividend | N | T | Buy (add'l) | 2015 | J | | 407 shr add'l div reimvest |
| 14. 171 Shares Blackrock Small Cap Indext Fund Class A | A | Dividend | J | T | | | | | |
| 15. Bk of Am money fund (2 accts) | A | Dividend | L | T | | | | | see add'l info Part VIII |
| 16. 4282 Shares American Capital World Income Class A Mut. Fund | C | Dividend | M | T | Buy (add'l) | 2015 | J | | 164 shr add'l div reinvest |
| 17. 4127 American Capital Income Builder Class A Mut. Fund | D | Dividend | M | T | Buy (add'l) | 2015 | J | | 142 shr add'l div reinvest |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Robinson, James J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 9980 American Growth Fund of America Class A Mut. Fund | C | Dividend | N | T | Buy (add'l) | 2015 | K | | 816 shr add'l div reinvest |
| 19. 1695 Shares American Fundamental Investors Fund | B | Dividend | L | T | Buy (add'l) | 2015 | J | | 98 shr add'l div reinvest |
| 20. 2294 Shares American New Perspective Fund | A | Dividend | L | T | Buy (add'l) | 2015 | J | | 132 shr add'l div reinvest |
| 21. 819 Shares American Capital World Growth Income Fund Class A | A | Dividend | K | T | Buy (add'l) | 2015 | J | | 31 shr add'l div reinvest |
| 22. 1140 Shares American Growth Fund of America Class A | A | Dividend | K | T | Buy (add'l) | 2015 | J | | 94 shr add'l div reinvest |
| 23. 456 shrs Kraft Foods | A | Dividend | | | Sold | 03/25/15 | K | E | |
| 24. 145 shares MetLife, Inc. | A | Dividend | J | T | | | | | |
| 25. 670 shares National Grid PLC SP ADR | B | Dividend | K | T | | | | | |
| 26. 1790 shares Pfizer common | B | Dividend | L | T | | | | | |
| 27. 1075 shares Waste Management common | B | Dividend | L | T | | | | | |
| 28. 8481 shares American Income Fund of America | D | Dividend | M | T | Buy (add'l) | 2015 | J | | 411 shr add'l div reinvest |
| 29. 1250 shares Goldman Sachs Group Inc. preferred | B | Dividend | K | T | | | | | |
| 30. 725 shares Centurylink common | B | Dividend | K | T | | | | | |
| 31. 450 shares Chevron Corp common | B | Dividend | K | T | | | | | |
| 32. 1220 shares Coca Cola common | B | Dividend | L | T | | | | | |
| 33. 560 shares DuPont EI de Nemours common | B | Dividend | | | Sold | 03/16/15 | K | D | |
| 34. 760 shares Genuine Parts common | B | Dividend | L | T | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 615 shares Kimberly Clark common | B | Dividend | L | T | | | | | |
| 36. 505 shares McDonalds Corp common | B | Dividend | L | T | | | | | |
| 37. 1555 shares Microsoft Corp common | B | Dividend | L | T | | | | | |
| 38. 683 shares Duke Energy common | B | Dividend | K | T | | | | | |
| 39. 1440 shares Mondelez Int'l common | A | Dividend | L | T | Buy (add'l) | 2015 | J | | 23 shrs add'l div reinvest |
| 40. 175 shares Apple, Inc. common | A | Dividend | K | T | | | | | |
| 41. Retirement Reserves (money fund) | A | Dividend | J | T | | | | | |
| 42. 8525 shares Columbia Acorn Fund Class C | A | Dividend | M | T | Buy (add'l) | 2015 | L | | 4083 sh add' div reinvest |
| 43. 76 shares Halyard Health Inc. | A | Dividend | J | T | | | | | |
| 44. Compass Bank - time deposit account | A | Interest | | | Matured | 12/28/15 | L | | |
| 45. 2785 shares American Amcap Fund Class A | A | Dividend | L | T | Buy | 04/10/15 | L | | |
| 46. 480 Shares Proctor & Gamble | B | Dividend | K | T | Buy | 04/10/15 | K | | |
| 47. 775 shares Whole Foods | A | Dividend | K | T | Buy | 04/10/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Robinson, James J. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 15: Bank of America money fund. There are two accounts, one is my wife's and another is mine. The disclosures on line 16 of this Report combine both accounts. My 2014 Report (line 18) mistakenly reported a J Value Code for this investment when it should have been reported at a L Value Code. Please consider this as an amendment to my 2014 Report.

Part VII: The notation "___ shr add'l div reinvest" appearing several times in Column (5) of Part D indicates that the particular mutual fund or stock paid a dividend that was reinvested to purchase the number of additional shares stated. Dividends were declared from time to time during 2015, often more than once during the year for any particular investment, so I did not list the exact date for each dividend and reinvestment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James J. Robinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544